**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.**



**Dated: July 18 2023**

Mary Ann Whipple
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
CANTON

| | | |
|---|---|---|
| In re: | ) | Case No. 23-60670 |
| | ) | |
| Devin Anthony Freda, | ) | Chapter 7 |
| Kaylin Marie Freda | ) | |
| Debtors. | ) | Judge Mary Ann Whipple |
| | ) | |
| | ) | <u>ORDER GRANTING AMENDED</u> |
| | ) | <u>MOTION OF 21ST MORTGAGE</u> |
| | ) | <u>CORPORATION</u> |
| | ) | <u>FOR RELIEF FROM</u> |
| | ) | <u>STAY AND ABANDONMENT</u> |
| | ) | 2000 Bluegrass Manufactured Home |

This matter came before the Court on the Amended Motion for Relief from Stay and Abandonment (the "Motion") filed by 21st Mortgage Corp. ("Movant"). (Docket 11). Movant has alleged that good cause for granting the Amended Motion exists, and that Debtors, counsel for the Debtors, the Chapter 7 Trustee, and all other necessary parties were served with the Amended Motion, and with notice of the hearing date on the Amended Motion. No party filed a response or otherwise appeared in opposition to the Amended Motion, or all responses have been

withdrawn.  For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Amended Motion is granted.  The automatic stay imposed by Section 362 of the Bankruptcy Code is terminated with respect to the Movant, its successors, and assigns.

IT IS FURTHER ORDERED that the Chapter 7 Trustee is authorized and directed to abandon the property 2000 Bluegrass Manufactured Home.

# # #

SUBMITTED BY:

/s/  David J. Demers
David J. Demers, Esq. (0055423)
Cooke Demers, LLC
260 Market Street, Suite F
New Albany, OH 43054
(614)939-0930
ddemers@cdgattorneys.com
Attorney for Movant

Copies to:

Jonathon Carl Elgin, Esq.
JC Elgin Co., LPA
6 Water St.
Shelby, OH 44875
jc@jcelgin.com
**Via electronic notice**

Josiah L. Mason, Trustee
153 W. Main St.
P.O. Box 345
Ashland, Ohio 44805
jlmasontrustee@joemasonlaw.com
**Via electronic notice**

U. S. Trustee (Registered address)@usdoj.gov
Howard M. Metzenbaum U.S. Courthouse
201 Superior Ave. East
Ste. 441
Cleveland, Ohio 44114
**Via electronic notice**

Devin Anthony Freda
Kaylin Marie Freda
741 Yale Ave. Lot 57
Mansfield, Ohio 44905
**Via ordinary mail**